**Michael A. Guadagno**, OSB #131676
BULLIVANT HOUSER BAILEY PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930
Facsimile: 206.386.5130

Attorneys for Ohio Security Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>BB DEVELOPMENT LLC, MATTHEW BOGATAY, ROSS McGARVA, and KELLY McGARVA<br><br>                    Defendants. | Civil No.: 1:25-cv-00277-CL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY NON-SUIT WITHOUT PREJUDICE FOR BB DEVELOPMENT LLC, MATTHEW BOGATAY, ROSS MCGARVA, AND KELLY MCGARVA** |

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court upon Plaintiff's Motion for Voluntary Non-Suit Without Prejudice of Defendants BB DEVELOPMENT LLC, MATTHEW BOGATAY, ROSS MCGARVA, and KELLY MCGARVA; and the Court having reviewed the records and files herein;

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY NON-SUIT WITHOUT PREJUDICE FOR ALL DEFENDANTS**
**Page 1**

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Voluntary Non-Suit Without Prejudice of Defendants BB DEVELOPMENT LLC, MATTHEW BOGATAY, ROSS MCGARVA, and KELLY MCGARVA is GRANTED; and

2. Defendants BB DEVELOPMENT LLC, MATTHEW BOGATAY, ROSS MCGARVA, and KELLY MCGARVA are hereby dismissed from the above captioned matter without prejudice.

IT IS SO ORDERED this ____11____ day of August, 2025.

_____
HONORABLE MARK D. CLARKE
United States Magistrate Judge

Presented by:

BULLIVANT HOUSER BAILEY PC

By /s/ Michael A. Guadagno
  Michael A. Guadagno, OSB #131676
  E-mail: michael.guadagno@bullivant.com
  Telephone: 206.292.8930

Attorneys for Plaintiff Ohio Security Insurance Company